UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Woodstone Limited Partnership; Lofts at Farmers Market LLC,<br><br>Plaintiffs,<br><br>v.<br><br>City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,<br><br>Defendants. | Case No. 22-CV-1589 NEB-JFD<br><br>**JOINT REQUEST FOR PERMISSION TO FILE EARLY SUMMARY JUDGMENT MOTIONS AND STIPULATION FOR MOTION PROCEDURE** |

WHEREAS, on July 26, 2022, the parties/counsel identified below conferred as required by Fed. R. Civ. P. 26(f) and the Local Rules;

WHEREAS, at the July 26, 2022 conference, the parties agreed that, with limited discovery, early summary judgment motions would be appropriate;

WHEREAS, on August 11, 2022, Plaintiffs filed a letter with the Court, requesting permission to file an early summary judgment motion;

WHEREAS, since August 11, 2022, Defendants have agreed to jointly request permission to file early summary judgment motions, and the parties have discussed and agreed to procedures for briefing and hearing early summary judgment motions, as outlined below;

WHEREAS, Judge Brasel's Practice Pointers and Preferences state that "[p]arties may not file a motion for summary judgment prior to the discovery deadline unless they have received special permission from the Court"; and

WHEREAS, the parties jointly seek the Court's permission to file cross motions for summary judgment according to the following procedures.

The parties stipulate and agree as follows:

1. On or before September 12, 2022, Defendants will provide all information and documents responsive to the discovery requests served by Plaintiffs on August 12, 2022.

2. On or before October 17, 2022, Plaintiffs will file their motion for summary judgment.

3. On or before November 7, 2022, Defendants will file their combined motion for summary judgment and response to Plaintiffs' motion for summary judgment.

4. On or before November 28, 2022, Plaintiffs will file their combined reply in further support of their motion for summary judgment and response to Defendants' motion for summary judgment.

5. On or before December 12, 2022, Defendants will file their reply in further support of their motion for summary judgment.

6. Plaintiffs' two briefs identified above shall not exceed 24,000 words combined, excluding the text identified in Local Rule 7.1(f)(1)(C). Defendants' two briefs identified above shall not exceed 24,000 words combined, excluding the text identified in Local Rule 7.1(f)(1)(C).

7. The parties will contact Judge Brasel's chambers to schedule a hearing date consistent with this schedule.

8. All other discovery and motion practice in this lawsuit, and all deadlines set forth in the Scheduling Order filed on August 17, 2022 (Dkt. 20), will be stayed until after the resolution of the parties' cross motions for summary judgment. If the parties' cross motions do not result in the complete and final resolution of this lawsuit, the parties will submit a Rule 26(f) Report to the Court and the Court will order a status conference to discuss scheduling the remainder of the lawsuit.

Dated: August 23, 2022

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

 *s/ Philip J. Kaplan*
Joseph W. Anthony (#2872)
janthony@anthonyostlund.com
Philip J. Kaplan (#389351)
pkaplan@anthonyostlund.com
Kathryn E. Campbell (#402631)
kcampbell@anthonyostund.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969

**ATTORNEYS FOR PLAINTIFFS**

Dated: August 23, 2022　　　　　**LINDSEY M. OLSON**
　　　　　　　　　　　　　　　　**SAINT PAUL CITY ATTORNEY**

　　　　　　　　　　　　　　　　*s/ Megan D. Hafner*
　　　　　　　　　　　　　　　　Megan D. Hafner (#293751)
　　　　　　　　　　　　　　　　Megan.hafner@ci.stpaul.mn.us
　　　　　　　　　　　　　　　　Kyle Citta (#0397000)
　　　　　　　　　　　　　　　　Kyle.citta@ci.stpaul.mn.us
　　　　　　　　　　　　　　　　750 City Hall and Court House
　　　　　　　　　　　　　　　　15 West Kellogg Boulevard
　　　　　　　　　　　　　　　　Saint Paul, MN 55102
　　　　　　　　　　　　　　　　Telephone: (651) 266-8756

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**