UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Woodstone Limited Partnership; Lofts at Farmers Market LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,<br><br>　　　　　　Defendants. | Case No. 22-CV-1589 NEB-JFD<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO FILE EARLY SUMMARY JUDGMENT MOTIONS AND APPROVING STIPULATION FOR MOTION PROCEDURE** |

　　　　This case is before the Court on the parties' Joint Request for Permission to File Early Summary Judgment Motions and Stipulation for Motion Procedure (Dkt. No. 21). Having considered the Stipulation, **IT IS HEREBY ORDERED THAT** the parties may file summary judgment motions before the close of discovery according to the following procedure:

　　　　1.　　On or before September 12, 2022, Defendants will provide all information and documents responsive to the discovery requests served by Plaintiffs on August 12, 2022.

2. On or before October 17, 2022, Plaintiffs will file their motion for summary judgment.

3. On or before November 7, 2022, Defendants will file their combined motion for summary judgment and response to Plaintiffs' motion for summary judgment.

4. On or before November 28, 2022, Plaintiffs will file their combined reply in further support of their motion for summary judgment and response to Defendants' motion for summary judgment.

5. On or before December 12, 2022, Defendants will file their reply in further support of their motion for summary judgment.

6. Plaintiffs' two briefs identified above shall not exceed 24,000 words combined, excluding the text identified in Local Rule 7.1(f)(1)(C). Defendants' two briefs identified above shall not exceed 24,000 words combined, excluding the text identified in Local Rule 7.1(f)(1)(C).

7. The parties will contact Judge Brasel's chambers to schedule a hearing date consistent with this schedule.

8. All other discovery and motion practice in this lawsuit, and all deadlines set forth in the Scheduling Order filed on August 17, 2022 (Dkt. 20), will be stayed until after the resolution of the parties' cross motions for summary judgment. If the parties' cross motions do not result in the complete and final resolution of this lawsuit, the parties will submit a Rule 26(f) Report to the Court and the Court will order a status conference to discuss scheduling the remainder of the lawsuit.

Date: _____    _____
                                Judge Nancy E. Brasel
                                United States District Court Judge