

**OFFICE OF THE CITY ATTORNEY**
LYNDSEY M. OLSON, CITY ATTORNEY

Civil Litigation Division, 15 Kellogg Blvd. West, 750 City Hall
Saint Paul, MN 55102
Tel: 651-266-8770 | Fax: 651-266-8787

September 16, 2022

Honorable Nancy Brasel                                                                                   *via electronic filing*
District Court Judge
United States District Court, Chambers 348
316 N. Robert Street
St. Paul, MN 55101

    Re:    *Woodstone Limited Partnership, et al. v. City of Saint Paul et al.*
             Court File No. 22-CV-01589-NEB-JED

Judge Brasel,

I write to advise that Defendants City of Saint Paul, Minnesota; City Council of the City of Saint Paul; Angie Wiese in her official capacity as Director of the Department of Safety and Inspections of the City of Saint Paul; and Mayor Melvin Carter in his official capacity as Mayor of the City of Saint Paul ("City of Saint Paul Defendants"), are withdrawing their Motion for Summary Judgment (Doc. #26). Defendants will refile the motion at a later date, along with their memorandum of law in support of their motion.

If any questions or concerns, please feel free to contact me.

Thank you.

Sincerely,

*s/Megan D. Hafner*
Megan D. Hafner
Assistant City Attorney
(651) 266-8756

    cc:    Counsel of Record (*via ecf*)

*The Saint Paul City Attorney's Office does not discriminate
based on race, color, national origin, religion, sex/gender, disability, sexual orientation, gender identity, age, or veteran status
in the delivery of services or employment practices.*