## UNITED STATES DISTRIC COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Woodstone Limited Partnership;<br>Lofts at Farmers Market LLC,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,<br><br>                  Defendants | Case No. 22-cv-1589 NEB-JFD<br><br>**NOTICE OF MOTION TO INTERVENE BY KATHERINE BANBURY, ANGELA WILHIGHT, WESTSIDE COMMUNITY ORGANIZATION, ALLIANCE FOR METROPOLITAN STABILITY, HOME LINE** |

_____

**TO**:  Plaintiffs Woodstone Limited Partnership and Lofts at Farmers Market LLC and their attorneys Joseph W. Anthony, Philip J. Kaplan, Kathryn E. Campblee, Anthony Ostlund Louwagie Dressen & Boylan P.A. 90 S. Seventh St., Minneapolis, MN 55402.

Defendants City of Saint Paul, Minnesota, City Council of the City of Saint Paul, Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul, Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul, and John Doe, and their attorneys, Megan D. Hafner and Kyle Citta, SAINT PAUL CITY ATTORNEY'S OFFICE, 750 City Hall and Court House, 15 West Kellogg Boulevard, Saint Paul, Minnesota 55102.

PLEASE TAKE NOTICE that on a date to be determine by the Court before the Honorable Nancy E. Brasel, United States District Court, 13W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, Prospective Intervenors Katherine Banbury, Angela Wilhight, Westside Community Organization, Alliance for Metropolitan Stability and Home Line will move the Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure for Intervention as of Right or, alternatively, for permissive intervention in the above captioned case.

Dated: October 20, 2022        **HOUSING JUSTICE CENTER**
/s John Cann
John Cann (#0174841)
1774 Portland Ave.,
St. Paul, MN 5514
651-645-7378
jcann@hjcmn.org
Margaret Kaplan (#0328601)
382 Banfil Street.
St. Paul, MN 55102
612-600-4028
mkaplan@hjcmn.org
Attorneys for Intervenors