# UNITED STATES DISTRIC COURT
# DISTRICT OF MINNESOTA
_____

|  | Case No. 22-cv-1589 NEB-JFD |
|---|---|
| Woodstone Limited Partnership;<br>Lofts at Farmers Market LLC,<br><br>      Plaintiffs,<br><br>     v.<br><br>City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,<br><br>      Defendants | **MEET AND CONFER STATEMENT OF PROSPECTIVE INTERVENORS PURSUANT TO LOCAL RULE 7.1(a)(1)(A)** |

_____

  I, John Cann, am an attorney for prospective intervenors who are seeking, pursuant to motion filed on October 20, 2022, to intervene in the above captioned case. I certify that I have conferred with an attorney for the plaintiffs, without reaching an agreement on the prospective intervention, but that attorneys for the defendants have not responded to two requests, one made on October 19, prior to filing the motion to intervene, and one subsequent to filing the motion, to discuss the intervention with them. The response to the motion to intervene by the current parties is due tomorrow, October 27. This Meet and Confer Statement supplements the intervenors' motion pursuant to Local Rule 7.1(a)(1)(A).

Dated: October 26, 2022         **HOUSING JUSTICE CENTER**
/s John Cann_____
John Cann (#0174841)
1774 Portland Ave.,
St. Paul, MN 5514
651-645-7378
jcann@hjcmn.org
Attorney for prospective Intervenors