

OFFICE OF THE CITY ATTORNEY
LYNDSEY M. OLSON, CITY ATTORNEY

Civil Litigation Division, 15 Kellogg Blvd. West, 750 City Hall
Saint Paul, MN 55102
Tel: 651-266-8770 | Fax: 651-266-8787

October 27, 2022

Honorable Nancy Brasel *via electronic filing*
District Court Judge
United States District Court, Chambers 348
316 N. Robert Street
St. Paul, MN 55101

Re: *Woodstone Limited Partnership, et al. v. City of Saint Paul, et al.*
Court File No. 22-CV-01589-NEB-JED

Judge Brasel,

I write on behalf of Defendants City of Saint Paul, Minnesota; City Council of the City of Saint Paul; Angie Wiese in her official capacity as Director of the Department of Safety and Inspections of the City of Saint Paul; and Mayor Melvin Carter in his official capacity as Mayor of the City of Saint Paul ("City Defendants") in response to the Motion to Intervene by Katherine Banbury, Angela Wilhight, Westside Community Organization, Alliance for Metropolitan Stability, and Home Line (Doc. No. 45). The City Defendants do not oppose the intervention.

If any questions or concerns, please feel free to contact me.

Thank you.

Sincerely,

*s/Megan D. Hafner*
Megan D. Hafner
Assistant City Attorney
(651) 266-8756

cc: Counsel of Record (*via ecf*)

*The Saint Paul City Attorney's Office does not discriminate
based on race, color, national origin, religion, sex/gender, disability, sexual orientation, gender identity, age, or veteran status
in the delivery of services or employment practices.*