UNITED STATES DISTRICT COURT
for THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **WOODSTONE LIMITED PARTNERSHIP; LOFTS AT FARMERS MARKET LLC;**<br><br>*Plaintiffs*,<br><br>vs.<br><br>**CITY OF SAINT PAUL, MINNESOTA, A MINNESOTA CHARTER CITY; CITY COUNCIL OF THE CITY OF SAINT PAUL; ANGIE WIESE, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE DEPARTMENT OF SAFETY AND INSPECTIONS OF THE CITY OF SAINT PAUL; MAYOR MELVIN CARTER, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAINT PAUL; AND JOHN DOE,**<br><br>*Defendants*. | **Court File No**. 22-CV-1589 NEB-JFD<br><br><br>**CITY OF SAINT PAUL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants City of Saint Paul, Minnesota; City Council of the City of Saint Paul; Angie Wiese in her official capacity as Director of the Department of Safety and Inspections of the City of Saint Paul; and Mayor Melvin Carter in his official capacity as Mayor of the City of Saint Paul ("City of Saint Paul Defendants"), hereby move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order for summary judgment herein, granting their request to dismiss Plaintiffs' Complaint with prejudice and to enter judgment in their favor as to all of Plaintiff's causes of action. This Motion is made upon all of the files, records, and proceedings herein, the memoranda of law and

accompanying declarations and exhibits filed in support of this motion, and such additional documents and/or arguments as may be requested or permitted by the Court.

Dated:  November 7, 2022

LYNDSEY M. OLSON
SAINT PAUL CITY ATTORNEY

*s/ Megan D. Hafner*
Megan D. Hafner, # 293751
Kyle Citta, #0397000
Assistant City Attorneys
*Attorneys for Defendants City of Saint Paul, Minnesota, City Council of the City of Saint Paul; Angie Wiese; and Mayor Melvin Carter*
750 City Hall and Court House
15 West Kellogg Boulevard
Saint Paul, MN 55102
Telephone: (651) 266-8756
Fax: (651) 266-8787
megan.hafner@ci.stpaul.mn.us
kyle.citta@ci.stpaul.mn.us