# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Woodstone Limited Partnership; Lofts at Farmers Market LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,<br><br>      Defendants. | Case No. 22-CV-1589 NEB-JFD<br><br><br><br>**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT MOTION** |

The above-entitled matter came on for hearing before the Honorable Nancy E. Brasel, Judge of United States District Court for the District of Minnesota on January 30, 2023, at 10:00 a.m. pursuant to Defendants' Motion for Summary Judgment. Counsel of record appeared on behalf of the parties.

Based upon all the files, memoranda, affidavits and proceedings herein, including the arguments of counsel, this Court hereby issues the following:

**ORDER**

1. Plaintiffs' Motion for Partial Summary Judgment is DENIED in its entirety.

2. Defendants' Motion for Summary Judgment is GRANTED in its entirety.

3. Defendants are entitled to a judgment of dismissal with prejudice of Plaintiff's Complaint and all causes of action identified therein, which shall be, and hereby are, dismissed with prejudice. LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____        _____
                                    Judge Nancy E. Brasel
                                    United States District Court Judge