## UNITED STATES DISTRIC COURT
## DISTRICT OF MINNESOTA

,

Woodstone Limited Partnership;
Lofts at Farmers Market LLC,

          Plaintiffs,

          v.

City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,

          Defendants
And

Katherine Banbury, Angela Wilhight, Westside Community Organization, Alliance for Metropolitan Stability, HOME line,

          Defendant-Intervenors

Case No. 22-cv-1589 NEB-JFD

Motion for Leave to File Amicus Memorandum by Katherine Banbury, Westside Community Organization, Alliance for Metropolitan Stability and HOME Line

_____

    Prospective Amici  Katherine Banbury, Westside Community Organization, Alliance for Metropolitan Stability, and HOME Line hereby move the Court for an Order granting Leave to file the Attached Amicus Memorandum.  This Motion is made upon the Memorandum in Support of the Motion and all of the files, records, and proceedings herein.

Dated: November 28, 2022     **HOUSING JUSTICE CENTER**
/s John Cann_____
John Cann (#0174841)
1774 Portland Ave.,
St. Paul, MN 5514
651-645-7378
jcann@hjcmn.org
Margaret Kaplan (#0328601)
382 Banfil Street. St. Paul, MN 55102
612-600-4028
mkaplan@hjcmn.org

Attorneys for Prospective Amici