## UNITED STATES DISTRIC COURT
## DISTRICT OF MINNESOTA

,

Case No. 22-cv-1589 NEB-JFD

Woodstone Limited Partnership;
Lofts at Farmers Market LLC,

     Plaintiffs,

Proposed Order for Leave to
Submit Amicus Memorandum

**v.**

City of Saint Paul, Minnesota, a Minnesota
Charter City; City Council of the City of
Saint Paul; Angie Wiese, in her official
capacity as the Director of the Department
of Safety and Inspections of the City of
Saint Paul; Mayor Melvin Carter, in his
official capacity as Mayor of the City of
Saint Paul; and John Doe,

     Defendants
    And

Katherine Banbury, Angela Wilhight,
Westside Community Organization,
Alliance for Metropolitan Stability,
HOME line,

    Defendant-Intervenors

_____

IT IS HEREBY ORDERED:

1.  The Motion filed on November 25, 2022,  by Katherine Banbury, Westside

    Community Organization, Alliance for Metropolitan Stability, and Home Line

    for Leave to File an Amicus Memorandum in the above captioned case is

    GRANTED.

2.  Amici are to promptly file the Amicus Memorandum attached to their Motion.

Dated:_____   _____

Judge Nancy E. Brasel
United States District Court Judge