# UNITED STATES DISTRIC COURT
# DISTRICT OF MINNESOTA

,

Woodstone Limited Partnership;
Lofts at Farmers Market LLC,

                 Plaintiffs,

        v.

City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,

                 Defendants
        And

Katherine Banbury, Angela Wilhight, Westside Community Organization, Alliance for Metropolitan Stability, HOME line,

                 Defendant-Intervenors

Case No. 22-cv-1589 NEB-JFD

Meet and Confer Statement re: Motion for Leave to File Amicus Memorandum by Katherine Banbury, Westside Community Organization, Alliance for Metropolitan Stability, and HOME Line

_____

     I am an attorney representing Prospective Amici in the above captioned case. On November 23, 2022, I phoned the attorneys for Plaintiffs and Defendants and left messages regarding a conference prior to submitting a Motion for Leave to file an Amicus Memorandum. On that date I also emailed each of them regarding a conference, and attached a copy of the proposed Memorandum. On November 25, Philip Kaplan, attorney for Plaintiffs responded with an email indicating opposition to the proposed

Motion for Leave. On November 28, I received a phone call from Megan Hafner of the City Attorney's office indicating no opposition to the Motion for Leave.

Dated: November 28, 2022  **HOUSING JUSTICE CENTER**
/s John Cann
John Cann (#0174841)
1774 Portland Ave.,
St. Paul, MN 5514
651-645-7378
jcann@hjcmn.org

Attorney for Prospective Amici