**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Woodstone Limited Partnership;
Lofts at Farmers Market LLC,

Plaintiffs,

v.

City of Saint Paul, Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese, in her official capacity as the Director of the Department of Safety and Inspections of the City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of Saint Paul; and John Doe,

Defendants.

Case No. 22-CV-1589 NEB-JFD

**SUPPLEMENTAL DECLARATION OF LISA MOE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Lisa Moe, declare and state as follows:

1. I am President and Chief Executive Officer of StuartCo, a Minnesota corporation. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify about them. I submit this Supplemental Declaration in Support of Plaintiffs Woodstone Limited Partnership and Lofts at Farmers Market LLC's Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment.

2. The building that Woodstone operates as rental units on the Woodstone property (the "Woodstone building") was developed in 1984, therefore making the Woodstone building almost 40 years old.

3. Older buildings such as the Woodstone building become progressively more costly to maintain as they age. For example, when renovations are conducted on such older buildings, property owners must also simultaneously pay for updates to comply with new building codes. Given the age of the Woodstone building coupled with these requirements, the Rent Stabilization Ordinance adversely impacts Woodstone's ability to renovate and maintain the Woodstone property while also complying with local building codes.

4. As President and CEO of Stuartco, the management company for Woodstone, I know the Woodstone property has significantly decreased in value as a result of the Ordinance, but we would need a valuation expert to calculate the specific amount of the decrease.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 28, 2022

Lisa Moe

Lisa Moe

Executed in Hennepin County, Minnesota