## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Woodstone Limited Partnership;
Lofts at Farmers Market LLC,

              Plaintiffs,

     v.

City of Saint Paul, Minnesota, a Minnesota
Charter City; City Council of the City of
Saint Paul; Angie Wiese, in her official
capacity as the Director of the Department
of Safety and Inspections of the City of
Saint Paul; Mayor Melvin Carter, in his
official capacity as Mayor of the City of
Saint Paul; and John Doe,

              Defendants.

Case No. 22-CV-1589 NEB-JFD

**SUPPLEMENTAL
DECLARATION OF
MEGAN D. HAFNER**

STATE OF MINNESOTA )
                     )    ss.
COUNTY OF RAMSEY   )

    Megan Hafner, being first duly sworn on oath, states as follows:

    1.     I am an Assistant City Attorney, representing Defendants City of Saint Paul,

Minnesota, a Minnesota Charter City; City Council of the City of Saint Paul; Angie Wiese,

in her official capacity as the Director of the Department of Safety and Inspections of the

City of Saint Paul; Mayor Melvin Carter, in his official capacity as Mayor of the City of

Saint Paul, in the above-referenced matter.

2.      I submit this Declaration in support of Defendants' Motion for Summary Judgment and in opposition to Plaintiffs' Motion for Partial Summary Judgment.

3.      Attached as Exhibit 13 is a true and correct copy of the City of Saint Paul Ordinance No. Ord 22-37, Amending Chapter 193A of the Legislative Code pertaining to rent stabilization.   A copy of this Ordinance was previously attached to my initial declaration [Doc. No. 53] as Exhibit 5, but that exhibit inadvertently did not contain a complete copy of the ordinance.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated:  December 12, 2022                     _s/Megan D. Hafner_
                                              Megan D. Hafner